IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:00CV00878 |
| ) | |
| RHONDA R. FRANKLIN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PACE ACADEMY, ) | |
| ) | |
| Garnishee. ) | |

ORDER TO QUASH CONSENT ORDER IN GARNISHMENT

Having considered the government's Motion to Quash the Consent Order in Garnishment (Pleading No. 25) filed herein on June 30, 2006, and for good cause shown, the court hereby grants said Motion and ORDERS that the Consent Order in Garnishment is quashed, thereby terminating this garnishment, pursuant to 28 U.S.C. § 3205(c)(10)(A). A copy of this order will be provided to all parties.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: July 24, 2006